UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NISBETT, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEAR CUT PHOCUS, LLC, <br><br> Defendant. | ECF CASE <br><br> No.: 1:21-cv-07458-PGG |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

With Defendant having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs.

Dated:  May 4, 2022
       New York, New York

                              LIPSKY LOWE LLP

                              <u>s/ Douglas B. Lipsky</u>
                              Douglas B. Lipsky
                              420 Lexington Avenue, Suite 1830
                              New York, New York 10170-1830
                              doug@lipskylowe.com
                              212.392.4772
                              *Attorneys for Plaintiff*